(August 19, 2014)

■ In the Matter of RONA TAYLOR et al., Appellants, v SHARON CLARKE, Respondent, et al., Respondent. In the Matter of SHARON CLARKE, Respondent, v RONA TAYLOR et al., Appellants, et al., Respondent. [990 NYS2d 816]—Order and judgment (one paper), Supreme Court, Kings County (David I. Schmidt, J.), entered on or about August 6, 2014, unanimously affirmed for the reasons stated by Schmidt, J., without costs or disbursements.

No opinion. Order filed. Concur—Manzanet-Daniels, J.P., Feinman, Gische, Clark and Kapnick, JJ.

(August 21, 2014)

■ In the Matter of VERDELL MACK et al., Appellants, v LATOYA JOYNER, Respondent, et al., Respondent. [991 NYS2d 312]—Judgment, Supreme Court, Bronx County (John W. Carter, J.), entered on or about August 15, 2014, denying the petition, unanimously affirmed, without costs.

Upon review of the record, we find that the work product of certain subscribing witnesses was fraudulent. Nonetheless, we do not find, as a matter of law, that the entire designating petition is permeated with fraud (*see Matter of Felder v Storobin*, 100 AD3d 11, 15 [2d Dept 2012]).

We do not reach respondent's request for affirmative relief as she did not file a notice of appeal. Concur—Manzanet-Daniels, J.P., Richter, Feinman, Clark and Kapnick, JJ.